2022R00628/TAC

FILED

JUL 29 2025

AT 2:57 PM
CLERK, U.S. DISTRICT COURT - DNJ

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Evelyn Padin |
| v. | Crim. No. 25-485 |
| PAUL MCDONALD | 21 U.S.C. §§ 841(a)(1), (b)(1)(C), (b)(1)(E), (b)(2), and (b)(3) |

## INDICTMENT

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges as follows:

On or about July 27, 2023, in Bergen County, in the District of New Jersey, and elsewhere, the defendant,

**PAUL MCDONALD,**

did knowingly and intentionally possess with intent to distribute a quantity of a mixture and substance containing Morphine, a quantity of a mixture and substance containing 3-[1-(Dimethylamino)-2-methylpentan-3-yl]phenol (Tapentadol), a quantity of a mixture and substance containing Methadone, a quantity of a mixture and substance containing Hydromorphone, a quantity of a mixture and substance containing Oxycodone, a quantity of a mixture and substance containing Methyl 2-Phenyl-2-(piperidin-2-yl)acetate, a quantity of a mixture and substance containing Amphetamine, a quantity of a mixture and substance containing Codeine, a quantity of a mixture and substance containing Diphenoxylate, all of which are Schedule II controlled substances; a quantity of a mixture and substance containing Phendimetrazine and a quantity of a mixture and substance containing Buprenorphine, both of which are Schedule III controlled substances; a quantity of a

mixture and substance containing Tramadol, a quantity of a mixture and substance containing Phenobarbital, a quantity of a mixture and substance containing Alprazolam, a quantity of a mixture and substance containing Lorazepam, a quantity of a mixture and substance containing Clonazepam, a quantity of a mixture and substance containing Diazepam, all of which are Schedule IV controlled substances; and a quantity of a mixture and substance containing Pregabalin, a Schedule V controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C), (b)(1)(E), (b)(2), and (b)(3).

## FORFEITURE ALLEGATION

As a result of committing the controlled substance offense in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C), (b)(1)(E), (b)(2), and (b)(3) charged in this Indictment, the defendant,

## PAUL MCDONALD,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense alleged in this Indictment.

## SUBSTITUTE ASSETS PROVISION

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

A TRUE BILL

*Alina Habba*

ALINA HABBA
Acting United States Attorney

4

CASE NUMBER: 25-485

# United States District Court
# District of New Jersey

UNITED STATES OF AMERICA

v.

PAUL MCDONALD

## INDICTMENT FOR

21 U.S.C. §§ 841(a)(1), (b)(1)(C), (b)(1)(E), (b)(2), and (b)(3)

A True Bill,

███████████████████████

ALINA HABBA
ACTING UNITED STATES ATTORNEY
FOR THE DISTRICT OF NEW JERSEY

TREVOR A. CHENOWETH
ASSISTANT U.S. ATTORNEY
NEWARK, NEW JERSEY
973-645-2711